B1 (Official Form 1) (04/13)

# United States Bankruptcy Court
## Middle District of Alabama

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**PriMed Physicians, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): **20-0436418** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2524 Woodley Road**<br>**Montgomery, AL**<br>ZIPCODE **36111** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Montgomery** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box.)
- [x] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **PriMed Physicians, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)    Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | PPI |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X /s/ Lee R. Benton
Signature of Attorney for Debtor(s)

**Lee R. Benton, Esq. ASB-8421-E63L**
**Benton & Centeno, LLP**
**2019 Third Avenue North**
**Birmingham, AL 35203-3301**
**(205) 278-8000**
**lbenton@bcattys.com**

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
**Allan C. Muller**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
July 8, 2015
Date

X _____
Signature

_____
Date
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

PriMed Physicians, Inc.
2524 Woodley Road
Montgomery, AL  36111

Alliance Insurance Group, LLC
P.O. Box 240518
Montgomery, AL  36124-0518

ACCESS
P.O. Box 3608
Hayward, CA  94540-3608

American Academy Family Physicians
11400 Tomahawk Creek Parkway
Shawnee Mission, KS  66211-2680

ACOEM
39032 Eagle Way
Chicago, IL  60678-1390

American Express
P.O. Box 6050448
Dallas, TX  75265-0448

ADams Drugs Copperfield
7200 Copperfield Drive
Montgomery, AL  36117

American Medical Association
330 North Wabash Avenue, Ste. 39300
Chicago, IL  60611-5885

ADP, Inc.
P.O. Box 842875
Boston, MA  02284-2875

American Proficency Institute
1159 Buxiness Park Drive
Traverse City, MI  49686

Advanced Disposal Services, Inc.
P.O. Box 743019
Atlanta, GA  30374-3019

APEXHEALTHWARE
1116 West Blanco
San Antonio, TX  78232

AGFA Finance Corporation
P.O. Box 223531
Pittsburgh, PA  15251-2531

ASK Management LLC
800 Hayneville Ridge Road
Matthews, AL  36052

Alabama Power
P.O. Box 242
Birmingham, AL  35292

ATHENahealth, Inc.
P.O. Box 415615
Boston, MA  02241-5615

Auto-Owners Insurance  
P.O. Box 30315  
Lansing, MI  48909

Ball Ball Mathews & Novak  
P.O. Box 2148  
Montgomery, AL  36102-2148

Baptist Health CBO  
P.O. Box 241145  
Montgomery, AL  36124

Beckman Coulter, Inc.  
Dept CH 10164  
NEED ADDRESS  
Palatine, IL  60055-0164

Blue Ridge Mountain Water  
P.O. Box 211329  
Montomgery, AL  36121-1329

Caesarea-Development, LLP  
C/O John W. Clark, IV, Esq.  
P.O. Box 530886  
Birmingham, AL  35253

Cappell & Howard  
P.O. Box 2069  
Montgomery, AL  36102

Carson Fox  
NA  
NA, NA

Central Alabama Primary Care Specia  
2524 Woodley Road  
Montgomery, AL  36111

Centurion Medical Products  
P.O. Box 842816  
Boston, MA  02284-2816

Chantilly Properties I, LLC  
113 Hidden Glen Way  
Dothan, AL  36303

Chappy's Deli  
3815 Interstate Court, Ste. 102B  
Montgomery, AL  36109

Christy Davis  
2117 Collier Road  
Grady, AL  36036

CISCO Systems Capital Corp.  
P.O. Box 742927  
Los Angeles, CA  90074-2927

Clia Laboratory Program  
P.O. Box 530882  
Atlanta, GA  30353-0882

Climate Service, Inc.  
596-F Oliver Road  
Montgomery, AL  36117

CMI, Inc.
2090 Relaiable Parkway
Chicago, IL  60686

Ellkay, LLC
259 Cedar Lane
Teaneck, NJ  07666

Commerce Print Strategies
TCC Walker 360
P.O. Box 1106
Montgomery, AL  36101

Emdeon
P.O. Box 572490
Salt Lake City, UT  84157-2490

Converged Networks, Inc.
1295 Newell Parkway
Montgomery, AL  36110

Evans, Jones & Reynolds
401 Commerce Street, Ste. 170
Nashville, TN  37219-2405

Crown Health Care Laundry, Inc.
1501 N. Guillemard Street
Pensacola, FL  32501

EverBank Commercial Finance
P.O. Box 911608
Denver, CO  80291-1608

De Lage Landen Financial Services,
P.O. Box 41602
Philadelphia, PA  19101-1602

ExploreMedia & KTC
7956 Vaughn Road #331
Montgomery, AL  36116

Dennis Welding Supply
P.O. Box 4572
Montgomery, AL  36103-4572

FDA-MQSA
P.O. Box 979109
St. Louis, MO  63197-9000

Eagle Pharmacy, Inc.
2200 Riverchase Center, Ste. 675
Birmingham, AL  35244

Fedex
P.O. Box 660481
Dallax, TX  75266-0481

Edwards Plumbing Heating And Air
P.O. Box 70399
Montgomery, AL  36107-0399

Fujifilm Medical Systems
P.O. Box 347689
Pittsburgh, PA  15251-4689

| | |
|---|---|
| GE Capital<br>P.O. Box 740423<br>Atlanta, GA  30374-0423 | Jackson Thornton<br>P.O. Box 96<br>200 Commerce Street<br>Montgomery, AL  36101-0096 |
| GE Healthcare Financial Services<br>P.O. Box 641419<br>Pittsburgh, PA  15264-1419 | Jackson Thorton Technologies<br>P.O. Box 96<br>200 Commerce Street<br>Montgomery, AL  36101-0096 |
| Gilpin Givhan, P.C.<br>P.O. Drawer 4540<br>Montgomery, AL  36103-4540 | Joseph L. Herrod<br>C/O John W. Clark, IV, Esq.<br>P.O. Box 530886<br>Birmingham, AL  35253 |
| Guardian<br>P.O. Box 824404<br>Philadelphia, PA  19182-4404 | Journal Communications, Inc.<br>725 Cool Springs Blvd. Ste. 400<br>Franklin, TN  37067 |
| Gunster<br>777 South Flagler Drive, Ste. 500<br>West Palm Beach, FL  33401 | Kwik Kopyshop<br>4148 Carmichael Road<br>Montgomery, AL  36106 |
| Henry Schein<br>Dept CH 10241<br>Palatine, IL  60055-0241 | LabCorp<br>P.O. Box 12140<br>Burlington, NC  27216-2140 |
| IHeart Media, Inc.<br>P.O. Box 406159<br>Atlanta, GA  30384-6159 | Labels Direct<br>664 Trade Center Boulevard<br>Chesterfield, MO  63005 |
| Jackson Hospital<br>1725 Pine Street<br>Montgomery, AL  30384-6159 | Lamar Companies<br>P.O. Box 96030<br>Baton Rouge, LA  70896 |

| | |
|---|---|
| Law Office Of Louis C. Colley<br>744 East Main Street<br>Prattville, AL 36068 | Mobile Mini<br>4646 East Van Buren Street, Ste. 40<br>Phoenix, AZ 85008 |
| Mag Mutual Insurance Company<br>P.O. Box 52979<br>Atlanta, GA 30355-0979 | Mongomery Area Chamber Of Commerce<br>P.O. Box 79<br>Montgomery, AL 36101 |
| McKesson Medical Surgical<br>P.O. Box 933027<br>Atlanta, GA 31193-3027 | Montgomery Advertiser<br>P.O. Box 1000<br>Montgomery, AL 36101-1584 |
| Med Rid Medical Waste Disposal<br>501 Little Rock Avenue<br>Sheffield, AL 35660 | Montgomery Colonial Property LLC<br>5980 Wadley Road<br>Sherwood, AR 72120 |
| Medical Equipment Solutions<br>P.O. Box 801<br>Smiths, AL 36877 | Montgomery Parents Magazine<br>P.O. Box 230367<br>Montgomery, AL 36123 |
| Medworks Of Alabama<br>3231 Veterans Circle, Ste. 113<br>Birmingham, AL 35235 | Montgomery Water Works<br>P.O. Box 1670<br>Montgomery, AL 36102-1670 |
| Merry X-Ray<br>4444 Viewridge Avenue, Ste. A<br>San Diego, CA 92123 | Occupational Medicine Supplies<br>2490 Black Rock Turnpike, Ste. 209<br>Fairfield, CT 06825 |
| MGMA<br>P.O. Box 17603<br>Denver, CO 80217-0603 | Peake Software Labs<br>954 Ridgebrook Road, Ste. 210<br>Sparks Glencoe, MD 21152 |

Philadelphia Insurance Co
P.O. Box 70251
Philadelphia, PA   19176-0251

RSVP Montgomery
5251 Hampstead High Street, Unit 20
Montgomery, AL   36116

Pitney Bowes Purchase Power
P.O. Box 371874
Pittsburgh, PA   15250-7874

SB Visa
Card Services
P.O. Box 2181
Columbus, GA   31902-2181

Plantech
2205 Cahaba Valley Drive
Birmingham, AL   35242

Scent Air Technologies, Inc.
P.O. Box 906032
Charlotte, NC   28290-6032

Prattville Water Works
P.O. Box 680870
Prattville, AL   36068-0870

Secap Finance
P.O. Box 405371
Atlanta, GA   30384-5371

Premium Assignment Corporation
P.O. Box 8000
Tallahassee, FL   32314-8000

Shredit USA, Inc.-Birmingham
P.O. Box 905268
Charlotte, NC   28290-5268

Quest Diagnostics
P.O. Box 740709
Atlanta, GA   30374

Staples
Dept. ATL
P.O. Box 405386
Atlanta, GA   30384-5386

Radiology Group P.A.
1825 Park Place
Montgomery, AL   36106

Sterling Bank Division
1148 Broadway
Columbus, GA   31901

Ricoh USA, Inc.
P.O. Box 532530
Atlanta, GA   30353-2530

Summit Funding Group
3062 Momentum Place
Chicago, IL   60689

Summit Funding Group, Inc.
Summit Vendor Finance
P.O. Box 362
Litiz, PA  17543-0362

Verizon Wireless
P.O. Box 660108
Dallas, TX  75266-0108


TAMCO
P.O. Box 79445
City Of Industry, CA  91716-9445

Yellow Pages United
P.O. Box 53282
Atlanta, GA  30355


Target Exterminating & Lawn
8113 Sorrel Lane
Montgomery, AL  36117

YP
P.O. Box 5010
Carol Stream, IL  60197-5010


Templeton & Company
222 Lakeview Avenue Ste. 1200
West Palm Beach, FL  33401


The Sheffield Fund
1800 Corporate Drive
Birmingham, AL  35242


TW Telecom
P.O. Box 172567
Denver, CO  80217-2567


U.S. Diagnostics
2 Parade Street
Huntsville, AL  35806


Uniformacy & S. School Uniforms
1721 Eastern Blvd.
Montgomery, AL  36117

# CORPORATE RESOLUTION OF
# PRIMARY PHYSICIANS, INC. (Formerly PriMed Physicians, Inc.)

I, the undersigned, hereby certify that I am the President of Primary Physicians, Inc., formerly known as "PriMed Physicians, Inc.", ("Corporation"), a corporation duly organized and existing under the laws of the State of Alabama. The following is a true copy of a resolution duly adopted by the Board of Directors of the Corporation at a meeting duly held on the 26th day of June, 2015, at which a quorum was present; and such resolution has not been rescinded or modified.

RESOLVED: The Corporation duly authorizes Chandler Muller to execute all documents required for the filing of a Chapter 7 bankruptcy petition. The Firm of Benton & Centeno, LLP shall be and is hereby employed as counsel for the Corporation in connection with the prosecution of the Corporation's case under Chapter 7 of the Bankruptcy Code.

Further, said law firm is authorized to prepare (or cause to be prepared), execute and file (or cause to be filed) any and all petitions, schedules, motions, lists, applications, pleadings and other papers, to take any and all such other and further actions deemed necessary or appropriate in connection with the filing of the voluntary petition for relief under Chapter 7, and to take and perform any and all further acts and deeds deemed necessary, property or desirable in connection with the Chapter 7 case, with a view to the successful prosecution of such case.

The Corporation is hereby authorized to pay Five Thousand Dollars ($5,000) and expenses incurred by it or for its account in connection with the actions approved in any or all of the foregoing Resolutions, and all actions related thereof.

I further certify that there is no provision in the Charter or By-laws of the Corporation limiting the power of the Board of Directors to pass the foregoing Resolution and that the same is

in conformity with the provisions of its Charter and By-laws.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the said Corporation this ___ day of June, 2015.

_____
Chandler Muller, Shareholder, Director and
President of Primary Physicians, Inc.


_____
C. Dennis Wooldridge, Shareholder, Director


_____
Don Brobst, Shareholder, Director

2

Case 15-31827    Doc 1    Filed 07/08/15    Entered 07/08/15 15:01:03    Desc Main
Document    Page 12 of 13

in conformity with the provisions of its Charter and By-laws.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the said Corporation this ___ day of June, 2015.

                        Chandler Muller, Shareholder, Director and
                        President of Primary Physicians, Inc.

                        C. Dennis Wooldridge, Shareholder, Director

                        Don Brobst, Shareholder, Director

2